# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELMON H. DAVIS III,<br>    Petitioner,<br>  v.<br>MRS. GIBSON, Warden,<br>    Respondent. | Case No. SA CV 12-2218 DOC (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice.

DATED: January 23, 2013

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE